621 A.2d 995

**Robert A. GRIFFIN, Jr., a minor, by his parents and guardians, Robert A. GRIFFIN, Sr. and Kathleen Griffin, and Robert A. Griffin, Sr. and Kathleen Griffin, individually, Appellants,**

v.

**Stephen F. ORBAN and G. Michael Livingstone, individually and t/d/b/a Michael Livingstone Carpenter Contractor.**

Supreme Court of Pennsylvania.

Argued March 11, 1993.

Decided April 1, 1993.

Reargument Denied Aug. 31, 1993.

Edward J. Balzarini, Jr., Balzarini, Carey & Watson, Pittsburgh, for appellants.

Michael W. Smith, David A. Scotti, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order of Superior Court reversed. *See Kozak v. Struth*, 515 Pa. 554, 531 A.2d 420 (1987).